# CASE ANNOUNCEMENTS

*December 28, 2010*

[Cite as *12/28/2010 Case Announcements*, 2010-Ohio-6392.]

## MOTION AND PROCEDURAL RULINGS

**2010–0780.   In re Messmer.**
Wyandot App. No. 16–09–17, 2010-Ohio-1088. This cause is pending before the court as an appeal from the Court of Appeals for Wyandot County. Upon consideration of appellant's motion for leave to file appendix and supplement to brief under seal,
It is ordered by the court that the motion is granted.